UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREATER DECISIONS CONSULTING LLC, and EDE WARNER, JR., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 1:16-cv-01651-TWP-DML ) ) |
| MATT BEVIN, JAMES RAMSEY, LESLIE STROHM, ANGELA KOSHEWA, SAM CONNALLY, MALINDA DURBIN, UNIVERSITY OF LOUISVILLE BOARD OF TRUSTEES, MIKE O'CONNELL, SHIRLEY WILLIHNGANZ, JEFFERSON COUNTY, KENTUCKY ATTORNEY OFFICE, CHILD SUPPORT DIVISION, JACOB PAYNE, and LOUISVILLE BRANCH OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**Order Transferring Action to Western District of Kentucky**

In this action, plaintiffs Ede Warner and Greater Decisions Consulting, LLC, allege that the defendants have violated their civil rights in a number of ways. These actions took place in or near Louisville, Kentucky, which is in Jefferson County.

The venue statute, 28 U.S.C. § 1391(b) provides the following:

A civil action may be brought in--

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Jefferson County lies in the Western District of Kentucky. 28 U.S.C. § 102(b)(1). The acts the plaintiff alleges in support of his claim took place in the Western District. Another statute, 28 U.S.C. § 1404, provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

Based on the foregoing, and without ruling on the pending motions, the above action is now TRANSFERRED to the United States District Court for the Western District of Kentucky at Louisville, Kentucky.

**IT IS SO ORDERED**.

Date: 6/28/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

GREATER DECISIONS CONSULTING LLC
245 N. Delaware St.
Indianapolis, IN 46204

EDE WARNER, JR.
245 North Delaware St.
Indianapolis, IN 46204